Joshua CARTER, Petitioner–Appellant,

v.

Alfred M. TRIPP, Lawyer, Court Appointee; Charles D. Griffith, JR., Judge, Respondents–Appellees.

No. 01–7699.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Joshua Carter, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joshua Carter appeals from the district's court order dismissing his 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) complaint without prejudice because he failed to exhaust available state court remedies. Because Carter may refile this ac-

tion after exhausting state remedies, his appeal is interlocutory and not subject to appellate review under *Domino Sugar Corp. v. Sugar Workers Local 392*, 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.